UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.   3:09cr90/LAC/CJK
               3:13cv84/LAC/CJK

**AARON J. BRUNSON**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 14, 2015 (doc. 107).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The amended motion to vacate, set aside, or correct sentence (doc. 92) is **DENIED**.
2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of October, 2015.

s/L.A. Collier
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**